UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SMITH, et al., <br><br>            Plaintiffs, <br><br>v. <br><br> NUANCE COMMUNICATIONS, INC., <br><br>           Defendant. | Case No. 23-cv-00797-TSH <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Donna M. Ryu for consideration of whether the case is related to *Turner v. JPMorgan Chase & Co.*, 22-cv-05827-DMR.

      **IT IS SO ORDERED.**

Dated: February 27, 2023

                                                        _____ <br>
                                                        THOMAS S. HIXSON <br>
                                                        United States Magistrate Judge