**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
515 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
David C. Layden (*pro hac vice*)
dlayden@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
Nuance Communications, Inc.

Additional Counsel listed on Signature Page

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA TURNER, DANIEL SMITH, and AARON YOUSHEI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 4:22-cv-05827-DMR<br>*Consolidated with 4:23-cv-00797-DMR*<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE (CIV. L.R. 6-2(a))**<br><br>Judge:  Honorable Donna M. Ryu |

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Dana Turner, Daniel Smith, and Aaron Youshei, and Defendant Nuance Communications, Inc. (collectively, the "Parties"), by and through their undersigned counsel, respectfully move the Court for an order continuing the upcoming Case Management Conference and related deadline to file an updated Joint Case Management Statement. In support of their Stipulation, the Parties state as follows:

1. On May 31, 2023, the Court held an initial Case Management Conference, after which the Court issued a Minute Order scheduling a further Case Management Conference for October 4, 2023, and ordering the Parties to submit an updated Joint Case Management Statement on September 27, 2023. Dkt. 33.

2. After the Parties filed their updated Joint Case Management Statement on September 27, 2023, the Court continued the further Case Management Conference to December 6, 2023, and ordered the Parties to file an updated Joint Case Management Statement by November 29, 2023. Dkt. 42.

3. On October 18, 2023, the Parties notified the Court that they had agreed and stipulated to the withdrawal of Nuance's previously filed Motion to Compel Arbitration. Dkt. 43. Nuance further notified the Court that it intended to file a motion to dismiss the Complaint under Fed. R. Civ. P. 12(b)(6). *Id.*

4. On October 19, 2023, the Court entered an Order vacating the scheduled hearing on Nuance's motion to compel arbitration and setting a deadline of November 17, 2023 for Nuance's motion to dismiss. Dkt. 44.

5. On October 31, 2023, the Parties filed a stipulation to extend the briefing schedule and set a February 22, 2024 hearing on Nuance's anticipated motion to dismiss. Dkt. 45. On November 1, 2023, the Court granted the stipulation. Dkt. 46. Pursuant to the stipulated briefing schedule, Nuance's motion to dismiss is currently due on December 8, 2023, briefing will be completed by February 2, 2024, and the motion to dismiss hearing is scheduled for February 22, 2024.

6. In light of the current status of the case and the upcoming motion to dismiss, the Parties believe it would be most efficient for the Parties and the Court to continue the December 6, 2023 further Case Management Conference to coincide with the February 22, 2024 hearing on Nuance's motion to dismiss and to continue the related November 29, 2023 deadline to file an updated Joint Case Management Statement to one week before the February 22, 2024 hearing.

7. The relief requested herein will not unduly delay this case or prejudice any party, nor is it made for any improper purpose. Rather, the request is made jointly by the Parties and in a timely manner. For this reason, good cause exists to grant the requested continuance.

WHEREFORE, the Parties respectfully and jointly request that the Court enter an order continuing the December 6, 2023 further Case Management Conference to February 22, 2024, and the related November 29, 2023 updated Joint Case Management Statement deadline to February 15, 2024.

IT IS SO STIPULATED AND AGREED.

//
//
//
//
//
//
//
//
//
//
//
//

2
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. 4:22-cv-05827-DMR

| | |
|---|---|
| Dated: November 16, 2023 | By:  /s/ Kate T. Spelman[1]<br>Kate T. Spelman (SBN 269109)<br>kspelman@jenner.com<br>JENNER & BLOCK LLP<br>515 Flower Street Suite 3300<br>Los Angeles, CA 90071<br>Tel: (213) 239-5100<br>Fax: (213) 239-5199<br>David C. Layden (*pro hac vice*)<br>dlayden@jenner.com<br>JENNER & BLOCK LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>Fax: (312) 527-0484<br><br>*Attorneys for Defendant*<br>*Nuance Communications, Inc.* |
| Dated: November 16, 2023 | By:  /s/ Theo Benjamin<br>Rafey S. Balabanian (SBN 315962)<br>Theo Benjamin (*pro hac vice*)<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel: (415) 212-9300<br>Fax: (415) 373-9435<br><br>Neal J. Deckant (SBN 322946)<br>BURSOR & FISHER, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Tel: (925) 300-4455<br>Fax: (925) 407-2700<br><br>*Attorneys for Plaintiffs*<br>*Dana Turner, Daniel Smith and*<br>*Aaron Youshei* |

---

[1] Pursuant to Civil Local Rule 5-1(h)(3), I, Kate T. Spelman, attest that I am the ECF user whose identification and password are being used to file this Case Management Statement. I hereby attest that the signatories listed on the following page concur in this filing.

1 **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

3 Dated: November 17, 2023



7 By: _____
8 The Honorable Donna M. Ryu
Chief Magistrate Judge

**JENNER & BLOCK LLP**
Kate T. Spelman (SBN 269109)
kspelman@jenner.com
515 Flower Street Suite 3300
Los Angeles, CA 90071
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

**JENNER & BLOCK LLP**
David C. Layden (*pro hac vice*)
dlayden@jenner.com
353 North Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484

Attorneys for Defendant
Nuance Communications, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANA TURNER, DANIEL SMITH, and AARON YOUSHEI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NUANCE COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 4:22-cv-05827-DMR<br>*Consolidated with 4:23-cv-00797-DMR*<br><br>Judge:  Honorable Donna M. Ryu<br><br>**DECLARATION OF KATE T. SPELMAN IN SUPPORT OF JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:         October 6, 2022 |

**DECLARATION OF KATE T. SPELMAN**

I, Kate T. Spelman, declare as follows:

1. I am a partner at the law firm Jenner & Block LLP, counsel for Defendant Nuance Communications, Inc. in the above-captioned consolidated Turner and Smith actions. Unless otherwise noted, I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. There have been seven previous time modifications in the consolidated Turner and Smith actions:

   a. On November 1, 2022, the Parties in the Turner action filed a stipulation extending the deadline for Nuance to file a responsive pleading (Turner Dkt. 13);

   b. On December 7, 2022, the Court granted the Parties' stipulation (as modified) setting the deadline for Turner to file her first amended complaint as January 9, 2023, for Nuance to file any responsive motion by February 21, 2023, and for the Initial Case Management Conference to be continued from January 18, 2023 to March 29, 2023 (Turner Dkt. 18);

   c. On February 21, 2023, the Court granted the Parties' stipulation extending the deadline for Nuance to file a responsive pleading and rescheduling the Initial Case Management Conference pending a ruling on the motion for consolidation of the Turner action with the Smith action (Turner Dkt. 21);

   d. On February 24, 2023, the Parties in the Smith action likewise filed a stipulation extending the deadline for Nuance to file a responsive pleading pending a ruling on the motion for consolidation (Smith Dkt. 4);

   e. On June 21, 2023, the Court granted a stipulation extending the response and reply deadlines for Nuance's motion to compel arbitration (Turner Dkt. 36);

      f.   On October 19, 2023, the Court granted the Parties' stipulation withdrawing Nuance's motion to compel arbitration and setting Nuance's deadline to file its forthcoming motion to dismiss as November 17, 2023 (Turner Dkt. 44); and

      g.   On November 1, 2023, the Court granted the Parties' stipulation extending the deadline for Nuance to file its motion to dismiss to December 8, 2023, setting briefing to be completed by February 2, 2024, and scheduling the motion to dismiss hearing for February 22, 2024 (Turner Dkt. 46).

      3.      The requested continuance of the Case Management Conference and related Joint Case Management Statement deadline will continue the deadlines set by the Court and the Civil Local Rules, but will not impact any other deadline set by the Court. The Parties believe this extension is efficient given the current briefing schedule for Nuance's motion to dismiss and will also accommodate the upcoming holidays. Therefore, the Parties believe there is good cause for the requested extension.

      I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on this 16th day of November 2023, in Los Angeles, California.

      /s/ Kate T. Spelman
      Kate T. Spelman